UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. EDCV 11-1300 DOC                                                                 Date: January 4, 2012

Title: ERIN K. BALDWIN v. STATE BAR OF CALIFORNIA, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

| NONE PRESENT | NONE PRESENT |
|---|---|

PROCEEDING (IN CHAMBERS):          VOLUNTARY RECUSAL

    Before the Court are two presently pending motions in the above-captioned case: an Amended Request for Leave to Amend the "Corrected" Second Amended Complaint filed by Plaintiff Erin K. Baldwin ("Plaintiff") (Docket 25) and a Motion to Dismiss filed by Defendant Franz E. Miller (Docket 26). These motions have not yet been ruled upon because shortly after these motions were filed, Plaintiff filed a Motion to Disqualify Judge David O. Carter (Docket 27). Judge Josephine Tucker denied the Motion to Disqualify on December 21, 2011 (Docket 31). Plaintiff alleges in her Motion to Disqualify that this Court has "committed egregious acts of judicial misconduct" and "took actions to jeopardize Plaintiff's case." Plaintiff goes on to argue that she was "denied the right to withhold consent to a magistrate judge hearing her case" by this Court in its October 11, 2011 Order. Motion to Disqualify, 26. These allegations, along with Judge Tucker's recognition of Plaintiff's apparent "pattern to name as a defendant any and every judge who issues an unfavorable ruling against her" suggests that if this Court is not yet a defendant in the above-captioned case, it soon will be. Order on Motion to Disqualify, 6. Accordingly, out of an abundance of caution, this Court chooses to voluntarily recuse itself at the present time. The two currently pending motions will thus remain pending until the above-captioned case is reassigned to a different judge, perhaps outside of the Santa Ana courthouse.

    The Clerk shall serve a copy of this minute order on counsel for all parties in this action.