UNITED STATES COURTS FOR THE NINTH CIRCUIT

DESIGNATION OF A DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Deciding a Specific Motion*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Robert H. Whaley**, United States Senior District Judge for the Eastern District of Washington to perform the duties of United States District Judge temporarily for the Central District of California to hear a pending motion in the case *Erin K. Baldwin v. The State Bar of California, et al.*, Case No. 5:11-cv-01300.

March 23, 2012

Alex Kozinski
Chief Judge

cc:   Hon. Robert H. Whaley
      Hon. Rosanna Malouf Peterson, Chief Judge, Eastern District of Washington
      Hon. Audrey B. Collins, Chief Judge, Central District of California
      James R. Larsen, Clerk, Eastern District of Washington
      Terry Nafisi, Clerk, Central District of California