UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

| | |
|---|---|
| ERIN K. BALDWIN, an Individual,<br><br>   Plaintiff,<br><br>   v.<br><br>THE STATE BAR OF CALIFORNIA, *et al.,*<br><br>   Defendants. | NO. CV-11-1300-DMG<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR DISQUALIFICATION** |

    A Motion to Disqualify Judge / Magistrate Judge Dolly M. Gee was referred to this Court, pursuant to General Order 08-05 and Local Rule 72-5 (ECF NO. 62). The underlying request to disqualify Judge Gee is contained in Ct. Rec. 61, which contains Plaintiff's Motion for Reconsideration and Motion for an Order Assignment a Magistrate Judge for Discovery Purposes, as well as Plaintiff requests that her Section 1983 case be reassigned to an unbiased and impartial judicial officer (ECF No. 61).

    In April, 2012, the Court heard a similar motion, in which Plaintiff sought to disqualify Judge Gee and all other United States Central District of California Judges. The Court denied the motion, finding no reasonable persons with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned. (ECF NO. 59). Specifically, the Court found that Plaintiff's allegations were based on speculation and sources that had not been identified.

**ORDER DENYING
PLAINTIFF'S REQUEST FOR DISQUALIFICATION ~ 1**

In her current motion, Plaintiff relies on the facts presented in that previous motion to support her request for disqualification of Judge Gee. *See* Ct. 61, p. 18 ("Nevertheless, the facts justifying her disqualification were present then just as they are present now."). In her Memorandum of Points and Authorities, Plaintiff asserts that Judge Gee is "embroiled in a running bitter controversy" with Plaintiff and has "become part of the accusatory process." *Id.* at p. 24.

For the reasons stated in the April 4, 2012 order, the Court denies Plaintiff's request to disqualify Judge Gee. No reasonable person with knowledge of the facts would conclude that Judge Gee's impartiality might reasonably be questioned. Plaintiff is unhappy with Judge Gee's June 12, 2012 order. However, as explained in the April 4, 2012 Order, this is not an adequate reason to disqualify Judge Gee.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Request to Disqualify Judge Dolly Gee is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to Plaintiff and counsel.

**DATED** this 3rd day of August, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\Temp\notesD30550\order2.wpd

CC:  Chief Judge Collins
     Judge Dolly Gee

**ORDER DENYING
PLAINTIFF'S REQUEST FOR DISQUALIFICATION ~ 2**