UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 03 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ERIN BALDWIN,

        Plaintiff - Appellant,

v.

STATE BAR OF CALIFORNIA, The, a public corporation; et al.,

        Defendants - Appellees.

No. 12-55087

D.C. No. 5:11-cv-01300-JSL
U.S. District Court for Central California, Riverside

MANDATE

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

    The judgment of this Court, entered February 16, 2012, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                          FOR THE COURT:
                          Molly C. Dwyer
                          Clerk of Court

                          Lee-Ann Collins
                          Deputy Clerk

**FILED**

**FEB 16 2012**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERIN K. BALDWIN, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STATE BAR OF CALIFORNIA, The, a public corporation; et al., <br><br> Defendants - Appellees. | No. 12-55087 <br><br> D.C. No. 5:11-cv-01300-JSL <br> Central District of California, Riverside <br><br> ORDER |

Before: SCHROEDER, LEAVY, and CLIFTON, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Chacon v. Babcock,* 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties). Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

**DISMISSED.**

SM/Pro Se