JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERIN K. BALDWIN,

                              Plaintiff,

              v.

STATE BAR OF CALIFORNIA, et al.,

                              Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-1300-DMG

ORDER DISMISSING ACTION

On November 21, 2012, this Court dismissed all defendants other than Defendant Hon. Franz E. Miller ("Miller") and granted Plaintiff leave to file an amended complaint as to Defendant Miller by no later than December 14, 2012, advising that "[f]ailure to file a timely amended complaint as to Defendant Miller . . . shall result in the dismissal of this action." ("November 21 Order" [Doc. # 81].)

//
//
//
//
//
//

-1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff has failed to file an amended complaint as to Defendant Miller and the time to do so has long since passed.[1]  As it appears that Plaintiff wishes to stand on her complaint, this action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED:  January 30, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1]      Although on November 26, 2012, Plaintiff appealed the November 21 Order to the Ninth Circuit Court of Appeals [Doc. # 82], Plaintiff has not sought a stay of the November 21 Order or an extension of time to file an amended complaint. Moreover, on December 13, 2012, Plaintiff's appeal was dismissed for lack of jurisdiction [Doc. # 86].  Thereafter, on December 14, 2012, Plaintiff filed a document styled as an "Emergency Notice of Ongoing Violations of Federal Law, Third Request to Intervene, and Request for Emergency Order Vacating Assignment & Orders of Judge Dolly M. Gee" [Doc. # 87]. Construing that filing as a motion to disqualify, the Clerk of the Court referred the matter to Hon. Robert H. Whaley for determination [Doc. # 89].  Judge Whaley's order denying the motion to disqualify or vacate assignment was filed on January 25, 2013 [Doc. # 94].